UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 21-cr-10354-JEK |
| ROMERO et al., | <u>FILED UNDER SEAL</u> |
| Defendants | |

**<u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>**

The undersigned Assistant United States Attorney hereby notices his withdrawal as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

*/s/ Charles Dell'Anno*
CHARLES DELL'ANNO
Assistant United States Attorney

Dated: February 3, 2026